# United States Court of Appeals for the Federal Circuit

---

September 18, 2023

**ERRATUM**

---

Appeal Nos. 2022-1631, 2022-1632, 2022-1633, 2022-1634, 2022-1635, 2022-1636, 2022-1637, 2022-1638

**MASIMO CORPORATION**

**v.**

**APPLE INC.**

Decided:  September 12, 2023
Nonprecedential Opinion

---

Please make the following change:

Page 2, line 12, change "10,577,553" to --10,588,553--.